IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Enter Proposed Agreed Order Governing the Sharing of Consent to Join Forms Received by Plaintiff's Counsel in Schultz v. American Family Mut. Ins. Co. (filed March 10, 2006, *doc. no. 26*) is **GRANTED**.

In the second sentence of paragraph 8 of its January 30, 2006 Order, the District Court for the Northern District of Illinois directed Plaintiff's counsel in Schultz v. American Family Mut. Ins. Co., No. 04 C 5512 to hand deliver the following to Defendant's counsel each week during the opt-in period for that case:

a.  Copies of all consent-to-join forms received by Plaintiff's counsel during that week; or

b.  If Plaintiff's counsel received no consent-to-join forms that week, a letter stating that no consent-to-join forms were received that week.

At the hearing before this Court on March 8, 2006, Plaintiffs' counsel in Baldozier v. American Family Mut. Ins. Co. asked that they also be served with a copy of the above matter, and Plaintiff's counsel for Schultz agreed to do so.

Accordingly, not less than once a week during the opt-in period in Schultz. Plaintiff's counsel in Schultz will serve the above documents on Defendant's counsel and Plaintiff's counsel for Baldozier. To simplify matters for Plaintiff's counsel in Schultz. The above documents may be served on Defendant's counsel and the Baldozier Plaintiffs' counsel by facsimile or electronically, which includes filing the documents with the Court, instead of serving them by hand. Compliance with this order will be deemed to be compliance with the second sentence of paragraph 8 of the January 30, 2006 order entered by the District Court for the Northern District of Illinois.

DATED at Denver, Colorado, this 14th day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge