IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER comes before the court on parties' Stipulated Motion for Protective Order (filed April 4, 2006; *doc. no. 53*). It is hereby ORDERED that the instant motion is GRANTED and the tendered proposed protective order is ACCEPTED for filing as of the date of this minute order.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are ORDERED to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

IT IS FURTHER ORDERED that the Motion for Protective Order (filed March 13, 2006; *doc. no. 33*) and the Motion for Protective Order (filed March 14, 2006; *doc. no. 41*) are hereby DENIED as withdrawn. The motion hearing set for April 27, 2006, is VACATED.

**DATED:**     April 5, 2006