UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Leave to Exceed the Fifteen Page Limit for American Family's Motion for Summary Judgment in the Schultz Lawsuit, filed April 17, 2006, is **GRANTED**.

    Dated: April 17, 2006

                                      s/ Michelle M. Merz
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge