UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

The parties' Unopposed Motion to Amend the Briefing Schedule on American Family Mut. Ins. Co.'s Motion for Summary Judgment, filed May 1, 2006, is **GRANTED**. Plaintiff Schultz shall have to and including **Friday, June 23, 2006,** to respond to Defendant's Motion for Summary Judgment. Defendant shall have to and including **Thursday, July 13, 2006,** to file its reply.

Dated: May 1, 2006

s/ Michelle M. Merz
Law Clerk to
Wiley Y. Daniel
U. S. District Judge