UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

---

THIS MATTER is before the Court on the Order to Show Cause, dated May 24, 2006 (docket #80), wherein this Court Ordered attorneys Aaron Ross Walner and Kristin Dvorsky Tauras to SHOW CAUSE in writing no later than Friday, June 2, 2006, why they should not be removed from the Certificate of Service in this case. Ms. Tauras filed a Response to the Order to Show Cause on May 31, 2006 (docket #82), stating that she has applied and been accepted for admission to the bar of this Court, and entered an appearance in this case on May 31, 2006. In addition, Plaintiff filed a Notice of Request to Remove Aaron Ross Walner from the Service List on May 31, 2006 (docket #83). Upon review of the pleadings and papers filed in this matter, it is hereby

ORDERED that the Order to Show Cause, dated May 24, 2006 (docket #80) is **DISCHARGED**. It is

FURTHER ORDERED that attorney Aaron Ross Walner shall be removed from the Certificate of Service in this case.

Dated: May 31, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge