IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to Exceed the Fifteen-Page Limit (*doc. no. 96*) is **GRANTED**. Plaintiffs are permitted to submit a Supplemental Statement Regarding Individualized Versus Representational Testimony up to twenty-three pages in length.

**DATED:**   July 14, 2006