IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                         JUDGE WILEY Y. DANIEL
_____

Courtroom Deputy:   Robert R. Keech          Date:   September 18, 2006
E.C.R./Reporter:    Kara Spitler
_____

**Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)**
**IN RE: AMERICAN FAMILY MUTUAL INSURANCE COMPANY, OVERTIME PAY LITIGATION**
_____

                                        Counsel:

**ROCKY BALDOZIER, et al.**,              James M. Finberg
                                          Steven G. Zieff
           Plaintiffs,                    Kenneth J. Sugarman
                                          Lauren E. Leader
v.                                        Avi S. Rocklin


**AMERICAN FAMILY MUTUAL**                Earl H. Munson
**INSURANCE COMPANY**,                    Julie M. Williamson
                                          Andres R. Guevara
           Defendant.                     William G. Rasche

_____

                            **COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS FOR SUMMARY JUDGMENT**

**1:40 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Defendant's Motion for Summary Judgment (#69 - 4/24/06) is raised for
                   argument.

**1:45 p.m.**      Argument by Defendant (Ms. Williamson).

                                    -1-

Judge Wiley Y. Daniel
MDL 06-cv-17430-WYD-CBS - Courtroom Minutes

---

2:24 p.m.      Argument by Plaintiffs (Mr. Zieff).

2:50 p.m.      Argument by Defendant (Ms. Williamson).

2:58 p.m.      Argument by Plaintiffs (Mr. Zieff).

**3:01 p.m.**      Court in Recess

**3:25 p.m.**      Court in Session

Argument by Plaintiffs (Ms. Leader).

3:30 p.m.      Argument by Defendant (Mr. Munson).

4:14 p.m.      Argument by Plaintiffs (Ms. Leader).

4:16 p.m.      Argument by Defendant (Mr. Munson).

4:17 p.m.      Argument by Plaintiffs (Ms. Leader).

**ORDERED:**    Defendant's Motion for Summary Judgment (#69 - 4/24/06) is **TAKEN UNDER ADVISEMENT.**

4:35 p.m.      Discussion regarding the status of the case, readiness for trial, and additional discovery to be completed.

Court indicates a written order will be forthcoming.

**4:40 p.m.**      Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 2:36**