UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    American Family's Unopposed Motion to File Supplemental Authority, filed April 26, 2007 (docket #124) is **GRANTED**. The Supplemental Authority attached to the motion is accepted for filing.

    Dated: April 26, 2007