IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

American Family's Partially Unopposed Motion for Clarification or Enlargement of Page Limit for American Family's Combined Response to Baldozier's and Schultz's Motions to Certify Rule 23 State Law Classes, filed January 14, 2008 (docket # 176) is **GRANTED**. Defendant shall file a brief of no more than 30 pages.

Dated: January 15, 2008