IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

After considering American Family's Motion to Stay Rule 23 Class Certification Proceedings Pending Further Case Development, filed December 11, 2007 (docket #163), the Motion is **DENIED**.

Dated: January 25, 2008