**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| Courtroom Deputy: | Robert R. Keech | Date: | February 7, 2008 |
|---|---|---|---|
| E.C.R./Reporter: | Kara Spitler | | |

_____

**Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE: AMERICAN FAMILY MUTUAL INSURANCE COMPANY, OVERTIME PAY LITIGATION**

_____

<u>Counsel:</u>

**ROCKY BALDOZIER, et al.**,  James M. Finberg
  Kenneth J. Sugarman
 Plaintiffs, Michael S. Hilicki
  Robert S. Hill

v.


**AMERICAN FAMILY MUTUAL** James M. Finberg
**INSURANCE COMPANY**, Julie M. Williamson
  Julie A. Trent
 Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PENDING DEFENDANT'S MOTION TO DISMISS and PLAINTIFFS' MOTION FOR CERTIFICATION OF STATE LAW CLASSES**

**9:10 a.m.** Court in Session

 APPEARANCES OF COUNSEL.

 Court's opening remarks.

**9:12 a.m.** Statement by Plaintiffs (Mr. Hilicki).

 Plaintiffs' First Motion to Certify State Law Classes (#140 - 11/16/07) and

-1-

        Plaintiffs' First Motion to Certify Class for Illinois PDR's Under Illinois Law (#151 - 12/2/07); Plaintiffs' First Motion to Supplement Hoffman-LaRoche Notice (#141 - 11/16/07); Plaintiffs' Amended Motion to Supplement First Motion to Supplement Hoffman-LaRoche Notice (#152 - 12/3/07); Defendant's Motion to Dismiss Baldozier Plaintiffs' Rule 23 State Law Claim (#132 - 10/23/07); and Plaintiff's First Motion to Send Supplemental Hoffman-LaRoche Notice (#145 - 11/21/07) are raised for argument.

9:17 a.m.   Argument by Plaintiffs (Mr. Finberg).

9:32 a.m.   Argument by Plaintiffs (Mr. Sugarman).

9:33 a.m.   Argument by Plaintiffs (Mr. Hilicki).

9:47 a.m.   Argument by Defendant (Ms. Williamson).

**10:41 a.m.**   Court in Recess

**11:10 a.m.**   Court in Session

        Argument by Plaintiffs (Mr. Finberg).

11:20 a.m.   Argument by Plaintiffs (Mr. Hill).

11:38 a.m.   Argument by Defendant (Mr. DeNardo).

11:42 a.m.   Argument by Plaintiffs (Mr. Finberg).

**ORDERED:**   Counsel shall meet in an attempt to agree on language for a Hoffman-LaRoche Notice.

11:48 a.m.   Argument by Defendant (Mr. DeNardo).

11:49 a.m.   Argument by Plaintiffs (Mr. Finberg).

**ORDERED:**   Parties shall file their proposed supplemental Hoffman-LaRoche Notices not later than **Wednesday, February 20, 2008.**

11:52 a.m.   Argument by Defendant (Mr. DeNardo).

Judge Wiley Y. Daniel
MDL 06-cv-17430-WYD-CBS - Courtroom Minutes

---

11:52 a.m.      Argument by Plaintiffs (Mr. Finberg).

11:54 a.m.      Argument by Defendant (Mr. DeNardo).

11:57 a.m.      Argument by Plaintiffs (Mr. Finberg).

12:02 p.m.      Argument by Defendant (Mr. DeNardo).

12:05 p.m.      Argument by Defendant (Ms. Williamson).

12:12 p.m.      Argument by Plaintiffs (Mr. Sugarman).

12:27 p.m.      Argument by Defendant (Ms. Williamson).

12:30 p.m.      Argument by Plaintiffs (Mr. Finberg).

**ORDERED:** Plaintiffs' First Motion to Certify State Law Classes (#140 - 11/16/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' First Motion to Certify Class for Illinois PDR's Under Illinois Law (#151 - 12/2/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' First Motion to Supplement Hoffman-LaRoche Notice (#141 - 11/16/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' Amended Motion to Supplement First Motion to Supplement Hoffman-LaRoche Notice (#152 - 12/3/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant's Motion to Dismiss Baldozier Plaintiffs' Rule 23 State Law Claim (#132 - 10/23/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiff's First Motion to Send Supplemental Hoffman-LaRoche Notice (#145 - 11/21/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Supplemental briefings on C.A.F.A. shall be filed not later than **Thursday, February 21, 2008.**

**12:33 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  2:54**