IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

*and*

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Baldozier and Schultz Plaintiffs' Joint Brief in Support (*doc. no. 217)* is **DENIED,** as moot, to the extent it was docketed as a motion. The document is actually duplicate of copy of the memorandum in support of Plaintiffs' Joint Motion to Compel or, in the Alternative, Motion to Preclude (*doc. no. 224)*.

**DATED:**    May 9, 2008