# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Master Docket No. 06-cv-17430-WYD-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| (MDL Docket No. 1743) | |
| **Date:** May 14, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION | Laurie E. Leader<br>Nathan Flynn<br>Heather H. Wong<br>Julie McCurdy Williamson<br>Earl H. Munson<br>James P. DeNardo, via telephone<br>Sarah A. Zylstra, via telephone<br>Catherine Centrangolo, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 8:37 a.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding motions pending before the court.

**ORDERED:** The *Baldozier* and *Schultz* Plaintiffs' Joint Motion to Compel or, in the Alternative, Motion to Preclude and Memorandum of Law in Support [filed March 31, 2008; doc. 224] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The motions to seal (*docs. 218 and 236*) are taken under advisement. Counsel shall file supplements to the motions consistent with the discussion on the record.

HEARING CONCLUDED.

**Court in recess:** 9:57 a.m.
Total time in court: 01:20