IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on American Family's "Unopposed Motion to Withdraw Its Motion to File Under Seal and Unopposed Motion to Substitute" (#249).

On April 21, 2008 American Family filed a "Response" (#231) to the "Joint Brief in Support" (#217). American Family's "Declaration" (#232) to their "Response" (#231) was also filed on April 21, 2008. "Exhibit C" (#233) to the "Declaration" (#232) was filed under seal, also on April 21, 2008. American Family is seeking to replace [the sealed] "Exhibit C" (#233) with [an unsealed] "Exhibit C" (#249-2).

IT IS ORDERED that American Family's motion (#249) is GRANTED.

IT IS FURTHER ORDERED that "Exhibit C" (#233) is STRICKEN, but shall remain under seal. American Family's "Exhibit C" (#249-2) shall be the operative "Exhibit C" to the Declaration (#232).

IT IS FURTHER ORDERED that "American Family's Unopposed Motion to File Under Seal Exhibit C of the Cetrangolo Declaration" (#236) is MOOT.

FURTHER PENDING before the court is Plaintiffs' "Unopposed Motion to Withdraw Their Motion to File Under Seal Exhibit E Attached to Declaration of Heather H. Wong" (#253). This motion is GRANTED.

IT IS ORDERED that "Exhibit E" (#219) to Plaintiffs "Joint Brief in Support" (#217) shall be UNSEALED.

IT IS FURTHER ORDERED that Plaintiffs' "Joint Motion to File Under Seal Exhibit E Attached to Affidavit of Heather Wong for *Baldozier* and *Schultz* Plaintiffs' Joint Memorandum of Law in Support of Motion to Compel, or in the Alternative, Motion to Preclude" (#218) is WITHDRAWN.

**DATED:** May 28, 2008