IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Master Docket No. 06-cv-17430-WYD-CBS** (MDL Docket No. 1743) | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: October 8, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION | James M. Finberg, via telephone<br>Michael S. Hilicki, via telephone<br>Kenneth J. Sugarman, via telephone<br>Julie McCurdy Williamson<br>James P. DeNardo, via telephone<br>Earl H. Munson, via telephone<br>Sarah A. Zylstra, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 1:36 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the *Baldozier* Plaintiffs' Motion to Compel Production of Documents [filed May 9, 2008; doc. 240]. The court discusses its reluctance to decide the motion at this time due to the other pending motions.

**ORDERED:** The *Baldozier* Plaintiffs' Motion to Compel Production of Documents [filed May 9, 2008; doc. 240] is denied without prejudice for the reasons stated on the record.

Counsel discuss the amount of discovery they have completed related to liability and a decertification motion.

**ORDERED:** The current expert deadlines, dispositive motion deadline, and discovery deadline shall remain as set, but written discovery on damages and damage experts are excepted from these deadlines. The court shall set a damages discovery schedule following rulings on the pending dispositive motions.

**ORDERED:** All written discovery related to fact-based damage computation questions is hereby stayed.

HEARING CONCLUDED.

**Court in recess:** 2:41 p.m.            Total time in court:   01:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.