IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that parties' Joint Motion for Order to Produce Audatex Estimating Software (*doc. # 347*) is GRANTED. Defendant shall produce to plaintiffs a copy of the Audatex estimating software program and training materials used by defendant's physical damage claims adjusters. The Audatex estimating software program and training materials may be marked "Confidential - Attorneys' Eyes Only" pursuant to the protective order in effect in this case.

**DATED:**  April 16, 2009