**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 28, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

---

**Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE: AMERICAN FAMILY MUTUAL INSURANCE COMPANY, OVERTIME PAY
LITIGATION**

---

<u>Counsel:</u>

**ROCKY BALDOZIER, et al.**,   James M. Finberg
                              Kenneth J. Sugarman
    Plaintiffs,               Nathan P. Flynn
                              Michael S. Hilicki
v.                            Barbara L. Williams


**AMERICAN FAMILY MUTUAL**        Earl H. Munson
**INSURANCE COMPANY**,            Julie M. Williamson
                                 Julie A. Trent
    Defendant.                   Matthew S. Rork
                                 James P. DeNardo

---

**COURTROOM MINUTES**

---

**HEARING ON DEFENDANT'S MOTION FOR DECERTIFICATION OF THE FLSA
COLLECTIVE ACTIONS**

**1:35 p.m.**    Court in Session

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

Defendant's Motion for Decertification of the FLSA Collective Actions [doc. #323], filed February 12, 2009, is raised for argument.

| | |
|---|---|
| 1:42 p.m. | Argument by Plaintiffs (Mr. Finberg). |
| 1:58 p.m. | Argument by Defendant (Ms. Williamson). |
| 2:49 p.m. | Argument by Plaintiffs (Mr. Finberg). |
| 2:59 p.m. | Argument by Plaintiffs (Mr. Hilicki). |
| 3:02 p.m. | Argument by Defendant (Ms. Williamson). |
| 3:17 p.m. | Argument by Plaintiffs (Mr. Finberg). |
| 3:17 p.m. | Argument by Defendant (Ms. Williamson). |
| 3:19 p.m. | Argument by Plaintiffs (Mr. Finberg). |
| 3:20 p.m. | Argument by Defendant (Ms. Williamson). |

**ORDERED:** Defendant's Motion for Decertification of the FLSA Collective Actions [doc. #323], filed February 12, 2009, is **TAKEN UNDER ADVISEMENT.**

**3:23 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:48**