**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE COMPANY OVERTIME PAY LITIGATION

*BALDOZIER* PLAINTIFFS' STATUS UPDATE REGARDING
NON-RESPONDING OPT-INS

Counsel for the *Baldozier* Plaintiffs have continued their diligent efforts to try to reach Opt-Ins Kevin Ball, Ronald Chester, Oscar Cota, Jeffrey DeBuck, Daniel Denne, Rodney Simpson, Larry Sisson, and George Warren to obtain responses to American Family's discovery responses. As a result of those efforts, Counsel is in the process of preparing written discovery responses and producing documents for Kevin Ball and George Warren. Oscar Cota and Daniel Denne intend to withdraw from this case, and their withdrawals are being filed herewith.

Counsel have remained unable to reach the other four Opt-Ins and therefore cannot take any action with respect to the individualized discovery directed at them and also do not have authority to dismiss their claims. Their non-response, however, is not grounds for dismissing their claims. Indeed, as this Court previously determined in its April 27, 2009 Order, "While American Family is entitled to choose which Plaintiffs it will serve with written discovery or depose, it is not clear, based on the record before me, that American Family will suffer prejudice if it cannot obtain individualized discovery from these particular opt-in Plaintiffs." Order at 5 (Dkt. No. 352, granting in part and denying in part American Family's Motion to Dismiss 17

-1-

849582.1

Opt-Ins for Failure to Respond to Written Discovery and denying American Family's Motion for Summary Judgment on All Claims Brought By (i) Non-Responding Plaintiffs; (ii) Time-Barred Plaintiffs; and (iii) No Overtime Plaintiffs).

Dated:  December 3, 2009               Respectfully submitted:


                                       By:        /s/ Robert F. Hill

                                       Robert F. Hill
                                       Jennifer H. Hunt
                                       HILL & ROBBINS, P.C.
                                       100 Blake Street Building
                                       1441 Eighteenth Street
                                       Denver, Colorado 80202
                                       Telephone:     (303) 296-8100
                                       Facsimile:     (303) 296-2388

                                       Kelly M. Dermody
                                       Rachel Geman
                                       Heather H. Wong
                                       Barbra L. Williams
                                       LIEFF, CABRASER, HEIMANN &
                                       BERNSTEIN, LLP
                                       Embarcadero Center West
                                       275 Battery Street, 30th Floor
                                       San Francisco, CA  94111-3339
                                       Telephone: (415) 956-1000
                                       Facsimile: (415) 956-1008

                                       and

                                       LIEFF, CABRASER, HEIMANN &
                                       BERNSTEIN, LLP
                                       250 Hudson Street, 8th Floor
                                       New York, NY  10017-2024
                                       Telephone: (212) 355-9500
                                       Facsimile: (212) 355-9592

Steven G. Zieff
David A. Lowe
Kenneth J. Sugarman
RUDY, EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Thomas A. Warren
LAW OFFICE OF THOMAS A. WARREN
2032-D Thomasville Road
Tallahassee, FL 32308
Telephone: (850) 385-1551
Facsimile: (850) 385-6008

Michael Rubin
James M. Finberg
Eve H. Cervantez
Peder J.V. Thoreen
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Todd Jackson
Nina R. Wasow
LEWIS, FEINBERG, RENAKER
  & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for *Baldozier* Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on December 3, 2009, I electronically filed the following PLAINTIFFS' STATUS UPDATE REGARDING NON-RESPONDING OPT-INS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mailing addresses:

*Attorneys for Defendant American Family Mutual Insurance Co.*

| | |
|---|---|
| jwilliamson@bsblawyers.com | emunson@boardmanlawfirm.com |
| mmills@bsblawyers.com | szylstra@boardmanlawfirm.com |
| jtrent@bsblawyers.com | ccetrangolo@boardmanlawfirm.com |

*Attorneys for Schultz Plaintiffs*

| | |
|---|---|
| lwalner@walnerclassaction.com | lleader@kentlaw.edu |
| mhilicki@walnerclassaction.com | |

HILL & ROBBINS, P.C.

By: *s/ Holly Rogers*
   Holly Rogers