## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)**

**IN RE AMERICAN FAMILY MUTUAL INSURANCE COMPANY OVERTIME PAY LITIGATION**

## ORDER COMPELLING DISCOVERY

On November 19, 2010, this Court held a telephonic status conference and discussed the fact that a number of the opt-in plaintiffs in *Baldozier v. American Family* have failed to respond to written discovery and/or attend their noticed depositions. At that time, the Court entered a minute order (MDL Doc. # 364) ordering the Baldozier Plaintiffs to file a motion for protective order on or before December 3, 2010.

On December 3, 2010, rather than filing a motion for protective order as directed by the Court, the *Baldozier* Plaintiffs filed a Status Update Regarding Non-Responding Opt-Ins (MDL Doc. # 367). In that Status Update, the *Baldozier* Plaintiffs indicated that they were preparing responses and producing documents on behalf of certain opt-ins, and that certain other opt-ins were withdrawing from the case. However, they conceded that they had been unable to reach opt-ins **Ronald Chester, Jeffrey DeBuck, Rodney Simpson,** and **Larry Sisson**. Since that time, although discovery responses from certain other opt-in plaintiffs were forthcoming, no further responses were received from these four individuals.

The *Baldozier* Plaintiffs do not dispute that these four individuals have failed to respond to properly served written discovery and that opt-in plaintiffs **Jeffrey DeBuck** and **Rodney Simpson** failed to appear for their properly noticed depositions. Moreover, although the *Baldozier* Plaintiffs were given the opportunity to submit a motion for protective order to

demonstrate why such discovery should not take place, they failed to do so. Thus, no reason has been given as to why this Court should not order these opt-in plaintiffs to meet their discovery obligations.

This matter was further discussed during the telephonic status conference held on February 1, 2010. At that time American Family requested entry of this Order and counsel for the *Baldozier* Plaintiffs provided no reason as to why this Order should not be entered.

THEREFORE, THE COURT ORDERS *Baldozier* opt-in **Rodney Simpson** to serve his responses to American Family's First Set of MDL Interrogatories and Request for Production of Documents no later than February 12, 2010.

THE COURT FURTHER ORDERS *Baldozier* opt-ins **Ronald Chester, Jeffrey DeBuck, Rodney Simpson,** and **Larry Sisson** to serve their responses to American Family's Second MDL Interrogatories and Document Requests no later than February 12, 2010.

IT IS FURTHER ORDERED THAT opt-in plaintiffs **Jeffrey DeBuck** and **Rodney Simpson** shall appear for and answer questions at their depositions at a date and time to be scheduled by counsel.

DATED at Denver, Colorado, this 1st day of February, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge