# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE COMPANY
OVERTIME PAY LITIGATION

## ORDER COMPELLING DISCOVERY

THIS MATTER having come before the Court during the status conference held on February 1, 2010, at which time American Family requested entry of this Order and counsel for the *Schultz* plaintiffs stated no opposition,

AND THE COURT being aware of the discovery orders previously entered in this action and being otherwise fully advised in the premises,

THE COURT ORDERS *Schultz* opt-ins **Enrique Farfan** and **David Melendez** to serve their responses to American Family's First Set of MDL Interrogatories and Request for Production of Documents no later than February 12, 2010.

THE COURT FURTHER ORDERS *Schultz* opt-ins **Enrique Farfan, Rocky Fenner, David Melendez,** and **Marcia Myrvik** to serve their responses to American Family's Second MDL Interrogatories and Document Requests no later than February 12, 2010.

IT IS FURTHER ORDERED THAT opt-in plaintiff **Paige Yearick** shall appear for and answer questions at her deposition at a date and time to be scheduled by counsel.

DATED at Denver, Colorado, this 1st day of February, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge