UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE COMPANY OVERTIME PAY
LITIGATION

_____

ORDER STAYING ACTIONS PENDING COMPLETION OF SETTLEMENT PROCESS

_____

THIS MATTER is before the Court on the Joint Motion to Stay Case Pending
Settlement Approval process, filed July 29, 2010, ECF No. 405.  Upon review of the
joint motion and the file in this case, I find that the motion should be **GRANTED**.  In
accordance therewith, it is hereby

ORDERED that on or before **Friday, September 3, 2010**, the Parties shall
submit to the Court (a) the proposed settlement; (b) a motion for Preliminary Approval of
the Settlement; and (c) a proposed notice to be mailed to Collective Action Members
informing them of the terms of the Settlement.  It is

FURTHER ORDERED that this collective action shall be **STAYED** pending the
completion of the settlement-approval process with respect to all matters other than the
settlement-approval process.

Dated:  August 4, 2010

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge