**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:    Robert R. Keech          Date:   December 10, 2010
E.C.R./Reporter:     Therese Lindblom

---

**Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)
IN RE: AMERICAN FAMILY MUTUAL INSURANCE COMPANY, OVERTIME PAY
LITIGATION**

---

                                                   Counsel:

**ROCKY BALDOZIER, et al.**,                       James M. Finberg
                                                   Robert F. Hill

          Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL                           Julie M. Williamson
INSURANCE COMPANY**,

          Defendant.

---

**COURTROOM MINUTES**

---

**HEARING ON JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION
SETTLEMENT**

**1:50 p.m.**     Court in Session

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

Joint Motion for Final Approval of Collective Action Settlement [doc. #419], filed December 3, 2010 and Plaintiffs' Motion for Partial Reimbursement of Costs to Class Counsel and Payment of $500 Each to the 48 Collective Action Members Deposed [doc. #421], filed December 3, 2010, are raised for argument.

1:51 p.m.      Argument by Plaintiffs (Mr. Finberg).

1:53 p.m.      Argument by Defendant (Ms. Williamson).

1:54 p.m.      Argument by Plaintiffs (Mr. Finberg).

**ORDERED:**   Joint Motion for Final Approval of Collective Action Settlement [doc. #419], filed December 3, 2010, is **GRANTED.**

**ORDERED:**   Plaintiffs' Motion for Partial Reimbursement of Costs to Class Counsel and Payment of $500 Each to the 48 Collective Action Members Deposed [doc. #421], filed December 3, 2010, is **GRANTED.**

**1:56 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :06**